**Order entered May 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01339-CR

**ELIJAH ZAVIER FINLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56527-M**

## ORDER

The Court **DENIES** as moot appellant's May 7, 2013 motion for extension of time to file appellant's brief.

Appellant's brief is due in accordance with our order of May 7, 2013.

/s/    LANA MYERS
                  JUSTICE